UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

VICTOR P KEARNEY,

    Appellant,

v.                                                                                            Civ. No. 18-888 JB/GJF

LOUIS ABRUZZO, et al.,

    Appellees.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

THIS MATTER comes before the Court on Appellant's "Emergency Motion for Stay Pending Appeal" ("Motion"). ECF No. 3. Appellant seeks to stay the Bankruptcy Court's order modifying the automatic bankruptcy stay pursuant to 11 U.S.C. § 362. Bankruptcy Rule 8007(b)(4) provides that when such a motion is filed in the District Court, the appellant must give "reasonable notice . . . to all parties." Balancing this requirement with the emergency nature of the request, the Court finds an expedited briefing scheduled is appropriate, as set forth below.

The Court hereby **ORDERS** Appellees to **RESPOND** to the Motion no later than **12:00 p.m. on Monday, October 15, 2018.**

It is **FURTHER ORDERED** that Appellant may file an optional reply no later than **12:00 p.m. on Tuesday, October 16, 2018.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE